# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147050 & (12)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

NOLAN JAMES RYAN,
　　　　Defendant-Appellant.

SC: 147050
COA: 315192
Kalamazoo CC: 11-001647-FH

_____/

　　　　On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 16, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2013

_____
Clerk

s0514